## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-01118-JC | Date | March 26, 2025 |
|---|---|---|---|
| Title | Alex Rios v. City of Arcadia, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**          (IN CHAMBERS) **ORDER TO SHOW CAUSE RE DISMISSAL**

On or about January 22, 2024, Plaintiff Alex Rios ("Plaintiff"), who is proceeding *pro se* filed a Complaint against the City of Arcadia and its Deputy City Manager Justine Bruno (collectively "Defendants") in Los Angeles County Superior Court Case No. 25STLC00524 ("State Case"). (See Docket No. 1). On February 10, 2025, Defendants removed the State Case to this United States District Court, initiating the instant federal action. (Docket No. 1).

On February 24, 2025, the parties filed a "Stipulation Re: Amended Complaint" ("Stipulation") which, in pertinent part, reflects the parties' agreement that Plaintiff would file an amended complaint no later than February 25, 2025 and that Defendants' deadline to file a response thereto would be extended to the earlier of March 18, 2025 or twenty-one (21) days after the filing of the amended complaint. (Docket No. 11). On the same date, the Court granted the Stipulation and ordered (1) Plaintiff shall file a first amended complaint by not later than February 25, 2025; and (2) Defendants shall file a response to the first amended complaint by the earlier of March 18, 2025, or twenty-one (21) days after the filing of the first amended complaint ("February Order"). (Docket No. 12).

To date, although Plaintiff's foregoing deadline to file a first amended complaint has expired, Plaintiff has failed to file a first amended complaint or to seek an extension of time to do so.

IT IS ORDERED that the Plaintiff shall show cause in writing, by no later than **April 9, 2025**, why this action should not be dismissed based upon Plaintiff's failure to comply with the February Order and/or Plaintiff's failure to prosecute. **If Plaintiff no longer wishes to pursue this action, he may expedite matters by instead signing and returning the attached Notice of Dismissal by the foregoing deadline.**

**Plaintiff is cautioned that the failure to comply with this order and/or to show good cause, may result in the dismissal of this action based upon Plaintiff's failure to prosecute this action and/or Plaintiff's failure to comply with the Court's orders.**

IT IS SO ORDERED.

Attachment