**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX RIOS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ARCADIA, et al.,<br><br>    Defendants. | Case No. 2:25-cv-01118-JC<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: April 17, 2025

                                                                             /s/<br>
Honorable Jacqueline Chooljian<br>
UNITED STATES MAGISTRATE JUDGE